**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

YVETTE GRIFFIN, individually and
on behalf of others similarly situated,     :     CIVIL ACTION FILE NO. 1:19-cv-
                                            :     05561-AT
                                            :
          Plaintiff,                        :
                                            :
                                            :
v.                                          :
                                            :     **CLASS ACTION**
                                            :
CHW GROUP, INC. d/b/a                       :
CHOICE HOME WARRANTY,                       :
                                            :
          Defendant.                        :
                                            :
_____/

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMMENCE
LIMITED DISCOVERY TO AVOID THE DESTRUTION OF
RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS**

This Court GRANTS the Plaintiff's motion and commences limited

discovery to allow the Plaintiff to serve discovery on any individual or entity that

may have information that could identify putative class members.


          SIGNED THIS ____ DAY OF _____, 2020.


                                        _____
                                        Hon. Amy Totenberg
                                        United States District Judge