IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTE GRIFFIN, individually and on behalf of others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : : | |
| CHW GROUP INC., d/b/a CHOICE HOME WARRANTY, | : : : | CIVIL ACTION NO. 1:19-cv-5561-AT |
| Defendant. | : : | |

## **ORDER**

This case is before the Court on Defendant's Motion to Dismiss [Doc. 7], Defendant's Motion for Protective Order to Temporarily Stay All Discovery and Pre-trial Deadlines [Doc. 13] and Plaintiff's Motion to Commence Limited Discovery to Avoid the Destruction of Records That Identify Putative Class Members [Doc. 15].

The Court **DENIES** Defendant's Motion to Dismiss [Doc. 7] for the reasons stated in Plaintiff's response in opposition. As a result, Defendant's Motion for Protective Order to Temporarily Stay All Discovery and Pre-trial Deadlines [Doc. 13] and Plaintiff's Motion to Commence Limited Discovery [Doc. 15] are **DEEMED MOOT**.

**IT IS SO ORDERED** this 11th day of February, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**