IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| YVETTE GRIFFIN, individually and on behalf of others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : : | |
| CHW GROUP INC., d/b/a CHOICE HOME WARRANTY, | : : : | CIVIL ACTION NO. 1:19-cv-5561-AT |
| Defendant. | : | |

## **ORDER**

This case is before the Court on Defendant's Emergency Motion to Extend Its Answer Deadline [Doc. 23] and Defendant's Motion for Reconsideration, or in the Alternative, Motion for Clarification [Doc. 22] regarding the Court's February 11, 2020 Order denying Defendant's Motion to Dismiss and Motion for Protective Order to Temporarily Stay All Discovery and Pre-trial Deadlines. Defendant requests an extension of its deadline to file an Answer to Plaintiff's Complaint and a stay of discovery pending the Court's ruling on Defendant's Motion for Reconsideration.

The Court **DENIES** Defendant's Emergency Motion to Extend Its Answer Deadline [Doc. 23] because the Court **DENIES** Defendant's Motion for Reconsideration and Motion for Clarification [Doc. 22] for reasons that will be set forth in a separate, subsequent Order.

**IT IS SO ORDERED** this 19th day of February, 2020.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**