IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE GRIFFIN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>Defendant.<br>_____ / | : CIVIL ACTION FILE NO. 1:19-cv-05561-AT<br>:<br>:<br>:<br>:<br>:  **CLASS ACTION**<br>:<br>:<br>:<br>: |

## AGREED ORDER

Upon consideration of the parties' Joint Motion for Extension of Discovery Period and For Production of AT&T Records, due notice having been given, the relevant Parties to this matter being in agreement, and for good cause shown, the Motion is hereby **GRANTED**, and it is hereby **ORDERED** that:

1. The discovery period in this action shall be extended to and including **November 24, 2020**.

2. All other deadlines, including but not limited to the deadline for motions for summary judgment, are similarly extended based on the foregoing discovery deadline.

3. No deadlines that have already expired are extended by this Order.

1

4.     Absent an objection as discussed below, AT&T shall be required to produce all documents, records and other materials responsive to the subpoenas issued by Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("CHW") on or about July 17, 2020 and August 10, 2020 in the above-captioned matter, including but not limited to "content information" reflecting website access or usage (*i.e.*, specific URL and IP addresses) within the scope of the subpoenas, to CHW's counsel identified therein within **ten (10) business days** of the date of this Order.  If AT&T withholds any materials from production based on a valid privilege, a sufficiently detailed privilege log must also be produced to CHW on that date.

5.     To the extent AT&T refuses to produce the foregoing materials on any valid legal basis, AT&T may submit an objection to this Court within **seven (7) business days** of the date of this Order.  The objection must identify, with specificity, the reasons for its refusal and show sufficient cause why the withheld materials should not be produced, so that the Court may evaluate and rule upon same.

IT IS SO ORDERED THIS __24th__ day of __August__, 2020

_____
The Honorable Amy Totenberg
United States District Judge