IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YVETTE GRIFFIN, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

CHW GROUP, INC. d/b/a
CHOICE HOME WARRANTY,

    Defendant.

                             /

:
:  CIVIL ACTION FILE NO. 1:19-cv-
:  05561-AT
:
:
:
:
:  **CLASS ACTION**
:
:
:
:
:
:

## JOINT MOTION FOR EXTENSION TO TIME

Plaintiff Yvette Griffin ("Plaintiff") and Defendant CHW Group, Inc. d/b/a Choice Home Warranty (individually, "Defendant" and collectively with Plaintiff, the "Parties") hereby stipulate and respectfully move this Court jointly for an order (i) extending the Court's deadline for Plaintiff to file dismissal documentation (*see* Dkt. 49) by a period of no longer than fourteen (14) days, to and including February 2, 2021.  In support of this joint motion, the Parties further state as follows:

1.     On November 20, 2020, Plaintiff filed a Notice of Resolution, thereby notifying the Court that the Parties had resolved their individual differences and disputes.  *See* Dkt. 48.

2.     On November 23, 2020, the Court administratively closed this case in

1

response to the foregoing Notice, retained jurisdiction, and ordered that Plaintiff "file documents to dispose of the case" by January 19, 2021.  Dkt. 49.

3.      The Parties have worked diligently to complete the resolution of this matter in the interim.  However, the Parties require a brief extension of time to complete the necessary documentation, per the Court's order.

4.      Accordingly, the Parties' counsel have met and conferred, and have mutually agreed to seek an extension of the aforementioned January 19, 2021 deadline of no more than fourteen (14) days, to and including February 2, 2021.

5.      This is the first request for an extension of the aforementioned deadline.

6.      This request is not intended to cause delay or undue annoyance, and no party will be prejudiced if this motion is granted.

WHEREFORE, the Parties respectfully request that the Court grant the foregoing motion and enter an order extending the deadline for Plaintiff file documents to dispose of the case to February 2, 2021, along with granting all other relief the Court deems just and proper.

Dated: January 19, 2021        Respectfully submitted,

By: /s/ Anthony I. Paronich

Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

Steven H. Koval
Georgia Bar No. 428905
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
Telephone: (404) 513-6651
Facsimile: (404) 549-4654
shkoval@aol.com

*Attorneys for Plaintiff, individually
and/on behalf of others similarly situated*

By:  /s/ A. Paul Heeringa (with permission)

John W. McGuinness, Esq.
*Pro Hac Vice to* be requested
A. Paul Heeringa, Esq.
Admitted *Pro Hac Vice*
MANATT, PHELPS & PHILLIPS LLP
151 N. Franklin Street, Suite 2600
Chicago, IL  60606
Telephone: (312) 529-6308
Email: pheeringa@manatt.com

Luke P. Donohue, Esq.
Georgia Bar No. 193361
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

3

191 Peachtree Street, N.E.
Suite 4800
Atlanta, Georgia 30303
Telephone: 404.881.1300
Fax: 404.870.1732
Email: luke.donohue@ogletreedeakins.com

*Attorneys for Defendant CHW Group, Inc.*

5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was filed electronically and served on all counsel of record in the above-captioned matter on January 19, 2021 via the Court's CM/ECF filing system/service.

<u>Anthony I. Paronich</u>